UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CV420-192 |
| 60 KPM 50SX DIRT BIKES, | ) ) | |
| Defendant. | ) | |

## ORDER

In order to ensure the "just, speedy, and inexpensive" determination of this case, Fed. R. Civ. P. 1, the undersigned Magistrate Judge will conduct a telephonic scheduling conference with the parties in accordance with Federal Rule of Civil Procedure 16 on December 8, 2020, at 3:00 p.m.[1] Parties should be prepared to discuss all issues related to this case, including objections to jurisdiction, a schedule for discovery, and the possibility of early resolution through a Court-facilitated settlement conference or other form of alternative dispute resolution. Forfeiture actions are excluded from the requirements of Rule 26(f) and the Court

---

[1] A notice providing participation instructions with be provided by the Court in advance of the conference.

will not, at this time, require the parties to participate in a formal Rule26(f) conference or to complete a formal report. For the sake of efficiency, the parties are encouraged to confer in advance of the scheduling conference on the creation of a joint discovery proposal.

Any amendments to the pleadings or joinder of additional parties shall be filed no later than 30 days from the date of this Order.

**SO ORDERED**, this 5th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA